# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 02-1783

_____

| | | |
|---|---|---|
| Hakeem A. Malik, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Laine Cardarella; Federal Public | * | |
| Defender's Office, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: August 7, 2003
Filed: August 7, 2003

_____

Before BOWMAN, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Federal inmate Hakeem A. Malik appeals the preservice dismissal of his civil rights action. Having carefully reviewed the record, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (applying de novo review), we conclude the District Court[1] properly dismissed the complaint because Malik's court-appointed defense counsel was not a government actor, see Polk County v. Dodson, 454 U.S. 312, 325 (1981); Christian v. Crawford, 907 F.2d 808, 810 (8th Cir. 1990) (per

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

curiam). We decline to consider Malik's conclusory allegations of conspiracy, which he did not mention below. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.